IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE BRADFIELD a/k/a PAUL FARNSWORTH, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | No. 13-1310-JDT-egb |
| MICHAEL DONAHUE, ET AL., | ) ) | |
| Defendants. | ) | |

ORDER CERTIFYING APPEAL IS NOT TAKEN IN GOOD FAITH
AND DIRECTING PLAINTIFF TO FILE UPDATED FINANCIAL
INFORMATION OR PAY THE FULL $505 APPELLATE FILING FEE

On August 28, 2014, the *pro se* prisoner Plaintiff, Ronnie Bradfield a/k/a Paul Farnsworth, filed a renewed motion for preliminary injunction or temporary restraining order. (ECF No. 22.) The Court issued an order on March 26, 2015 that, *inter alia*, denied the renewed motion for injunctive relief. (ECF No. 51 at 2-4.) On April 3, 2015, Plaintiff filed an interlocutory notice of appeal from the denial of that motion. (ECF No. 56.) For the reasons stated in the order denying the motion, the Court CERTIFIES that the appeal is not taken in good faith.

Because Plaintiff is a prisoner, he must pay the entire $505 appellate filing fee, which accrued at the moment the notice of appeal was filed, although he may be able to take advantage of the installment payment method of 28 U.S.C. §§ 1915(a)-(b). *See McGore v.*

*Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013). However, in order to take advantage of that method, plaintiff must submit an updated *in forma pauperis* affidavit and inmate trust account statement. *Id.* at 610; 28 U.S.C. § 1915(a)(2). Accordingly, Plaintiff is hereby ORDERED to submit either the full $505 appellate filing fee or an updated *in forma pauperis* affidavit and trust account statement within thirty (30) days after the date of this order.

If Plaintiff fails to file the required documents in a timely manner, the Court will deny leave to appeal *in forma pauperis* and assess the entire $505 filing fee from his inmate trust account without regard to the installment procedures, and the Sixth Circuit may dismiss the appeal for failure to prosecute. However, if Plaintiff timely submits the necessary documents and the Court finds that he is still indigent, then the Court will grant leave to appeal *in forma pauperis* and assess the filing fee in accordance with the installment procedures of 28 U.S.C. § 1915(b).

The Clerk is directed to provide Plaintiff with a copy of the prisoner affidavit form along with this order. The Clerk is further directed to notify the Sixth Circuit of the entry of this order.

IT IS SO ORDERED.

    s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE